UNITED STATES DISTRICT COURT            EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Valentyna Svetlova and Vera Shchuchinova, Individually and on behalf of others similarly situated

**Defendant / Respondent:**
Personal Touch Home Care, Inc. and Personal Touch Home Care of N.Y, Inc. a/k/a Personal-Touch Home Care of N.Y. Inc.

**AFFIDAVIT OF SERVICE**

Index No:
17-cv-860 LDH-LB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 1802 Echo Place, Merrick, NY 11566. That on Wed, Feb 22, 2017 at 08:54 AM at 222-15 Northern Blvd., Bayside, NY 11361 deponent served the within Summons in a Civil Action and Complaint with Exhibit "A" (Received Feb 22, 2017 at 6:21 pm EST) on Personal Touch Home Care, Inc.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** Personal Touch Home Care, Inc. a defendant, therein named, by delivering a true copy of each to Yassed Baez, personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Paralegal thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☐ **Mailing:** Deponent completed service by depositing a copy of same in a first class and certified mailing in two envelopes properly addressed at: _____, in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelopes bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent. A first class and certified mailing was effected on _____. (See attached receipt and certified mailing #: _____)

☐ **Military Service:** On _____ at _____ at _____, deponent asked _____, whether respondent was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and that the person so served wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the respondent so served is not in the military service in either New York State or the United States as that term is defined in either the New York statutes or the Federal statutes including the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act of 1940" and the New York "Soldiers' and Sailors' Civil Relief Act."

**Description:**
Age: 35    Ethnicity: Hispanic    Gender: Male    Weight: 240
Height: 5'9"    Hair: Bald    Eyes: ____    Relationship: Paralegal
Other: Brown Skin

_____
Corey Guskin
1094475

Sworn to before me on 22nd day of February 2017

_____
Notary Public

JOAN GUSKIN
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2018